KATIE E. BRISCOE (STATE BAR NO. 287629)
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, 30th Floor
Sacramento, CA  95814-4497
Telephone:   +1 916 447 9200
Facsimile:   +1 916 329 4900
kbriscoe@orrick.com

MIRANDA ROWLEY (STATE BAR NO. 328173)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:   +1 415 773 5700
Facsimile:   +1 415 773 5759
mrowley@orrick.com

Attorneys for Defendants Archaea Energy Services, LLC and BP America Inc.

*(Plaintiff's counsel listed on next page)*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL REDDING, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ARCHAEA ENERGY SERVICES, LLC, a limited liability company; BP AMERICA INC., a Delaware corporation; and DOES 1 through 100 inclusive,<br><br>Defendants. | Case No. 1:25-cv-00254-JLT-SKO<br><br>**STIPULATION AND ORDER TO STAY CASE PENDING MEDIATION**<br><br>(Doc. 4) |

1  TUVIA KOROBKIN (STATE BAR NO. 268066)
   tuvia@marqueelaw.com
2  GARY S. BROTMAN (STATE BAR NO. 287726)
   gary@marqueelaw.com
3  ALEXANDRA RYANN PURCELL (STATE BAR NO. 347862)
   alex@marqueelaw.com
4  MARQUEE LAW GROUP, A.P.C.
   9100 Wilshire Blvd., Suite 445 East Tower
5  Beverly Hills, CA  90212
   Telephone:     (310) 275-1844
6  Facsimile:      (310) 275-1801

7  Attorneys for Plaintiff
   MICHAEL REDDING, on behalf of himself and all others similarly situated
8

Plaintiff Michael Redding (Plaintiff) and Defendant Archaea Energy Services, LLC and BP America Inc. (Defendants) (collectively, the "Parties") hereby submit this Stipulation to Stay the Action Pending Mediation. The Parties stipulate as follows:

1. On December 2, 2024, Plaintiff filed this wage-and-hour putative class and collective action against Defendants in the Superior Court of California for the County of Madera (the "Action"). On February 7, 2025, Plaintiff filed a First Amended Complaint ("FAC") to add a sixth cause of action against both Defendants alleging violations of California's Private Attorneys General Act. On February 26, 2025, Defendants filed an answer to the First Amended Complaint in Madera Superior Court.

2. On February 27, 2025, Defendants removed the Action to this Court.

3. The Parties have agreed to mediate the Action before respected mediator Monique Ngo-Bonnici, Esq. on August 18, 2025 and to engage in an informal exchange of documents and information in advance of the mediation. The Parties have agreed to seek a temporary stay of the Action, in its entirety, to allow time for the Parties to participate in mediation and explore potential resolution.

4. The Parties have not requested any prior continuances or stays in the Action.

5. Accordingly, to promote judicial economy and efficiency, the Parties request that the Court stay the Action until September 18, 2025, or to another date of the Court's convenience after September 1, 2025, to allow the Parties to meaningfully mediate. The Parties further request that this Court vacate all applicable deadlines and proceedings in the Action.

**IT IS SO STIPULATED.**

*[SIGNATURES ON NEXT PAGE]*

| | | |
|---|---|---|
| 1 | Dated: May 9, 2025 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 2 | | |
| 3 | | By: */s/ Katie Briscoe* |
| | | Katie Briscoe |
| 4 | | Attorneys for Defendants Archaea Energy Services, LLC and BP America Inc. |
| 5 | Dated: May 9, 2025 | MARQUEE LAW GROUP, A.P.C. |
| 6 | | |
| 7 | | By: */s/ Tuvia Korobkin* |
| | | Tuvia Korobkin |
| | | Attorneys for Plaintiff |
| 8 | | (as authorized on May 9, 2025) |

## **ORDER**

The Court, having considered the Parties' Stipulation (Doc. 4), and good cause appearing, hereby orders as follows:

1. This litigation is STAYED pending the conclusion of mediation.
2. The scheduling conference currently set for June 12, 2025, (Doc. 3), is VACATED.
3. Within 10 days of the conclusion or cancellation of the mediation, the parties SHALL file a Joint Status Report, at which point the scheduling conference shall be re-set if appropriate.

IT IS SO ORDERED.

Dated: **May 9, 2025**                    /s/ *Sheila K. Oberto*
                                          UNITED STATES MAGISTRATE JUDGE