1  TUVIA KOROBKIN (STATE BAR NO. 268066)
   tuvia@marqueelaw.com
2  GARY S. BROTMAN (STATE BAR NO. 287726)
   gary@marqueelaw.com
3  ALEXANDRA RYANN PURCELL (STATE BAR NO. 347862)
   alex@marqueelaw.com
4  MARQUEE LAW GROUP, A.P.C.
   9100 Wilshire Blvd., Suite 445 East Tower
5  Beverly Hills, CA  90212
   Telephone:      (310) 275-1844
6  Facsimile:      (310) 275-1801

7  Attorneys for Plaintiff
   MICHAEL REDDING, on behalf of himself and all others similarly situated
8
   KATIE E. BRISCOE (STATE BAR NO. 287629)
9  ORRICK, HERRINGTON & SUTCLIFFE LLP
   400 Capitol Mall, 30th Fl
10 Sacramento, CA  95814-4497
   Telephone: +1 916 447 9200
11 Facsimile:  +1 916 329 4900
   kbriscoe@orrick.com
12
   MIRANDA ROWLEY (STATE BAR NO. 328173)
13 ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
14 405 Howard Street
   San Francisco, CA  94105-2669
15 Telephone:    +1 415 773 5700
   Facsimile:    +1 415 773 5759
16 mrowley@orrick.com

17 Attorneys for Defendants Archaea Energy Services, LLC and BP America Inc.

18
                    **UNITED STATES DISTRICT COURT**
19
                    **EASTERN DISTRICT OF CALIFORNIA**
20

| | |
|---|---|
| MICHAEL REDDING, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ARCHAEA ENERGY SERVICES, LLC, a limited liability company; BP AMERICA INC., a Delaware corporation; and DOES 1 through 100 inclusive,<br><br>Defendants. | Case No. 1:25-cv-00254-JLT-SKO<br><br>*Assigned to Hon. Sheila K. Oberto*<br><br>**[~~PROPOSED~~] ORDER REMANDING REMOVED ACTION**<br><br>Action Filed:   December 2, 2024<br>Removal Date:  February 27, 2025<br>Trial Date:        None Set |

1
ORDER REMANDING ACTION

**ORDER**

The Court, having reviewed the Parties' Stipulation to Remand Removed Action ("Stipulation") and for GOOD CAUSE shown, hereby GRANTS the Parties' Stipulation. This case is hereby REMANDED to the Superior Court of California, County of Madera.

IT IS SO ORDERED.

Dated:   **September 14, 2025**              _____
                                                                        UNITED STATES DISTRICT JUDGE